UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LUCIANO PEREZ YAC,

                         Petitioner,

        v.

ICE FIELD DIRECTOR,

                         Respondent.

CASE NO. 2:26-cv-00494-DGE

ORDER DISMISSING PETITION
FOR FAILURE TO PROSECUTE

On February 9, 2026, Petitioner filed a proposed petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Dkt. No. 1.)  His proposed petition identified that at the time of filing, he was detained at the Northwest Immigration and Customs Enforcement Processing Center ("NWIPC") in Tacoma, Washington.  (*Id.* at 1.)  Respondent has not been served.[1]

---

[1] Petitioner must name the warden of the NWIPC facility, Bruce Scott, as a respondent. "[H]abeas petitioners challenging their present physical confinement [must] name their immediate custodian, the warden of the facility where they are detained, as the respondent to their petition." *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024).  If a petitioner fails to do so, the district court lacks jurisdiction over the petition.  *Id.* at 1195–1197.

ORDER DISMISSING PETITION FOR FAILURE TO PROSECUTE - 1

On February 11, 2026, the Clerk notified Petitioner via U.S. Mail of a filing deficiency because he had not paid the $5.00 filing fee or submitted an application to proceed *in forma pauperis* ("IFP"). (Dkt. No. 2.) The Clerk provided Petitioner with a blank IFP application. (*Id.* at 1.) The Clerk advised Petitioner that should he fail to correct the filing deficiency by March 13, 2026, the status of his case may be affected, "including dismissal of the action by the Court." (*Id.*) It appears that the mail sent to Petitioner has been returned as undeliverable. (*See* Dkt. No. 3.) It is unclear whether Petitioner remains detained at the NWIPC.

As of the date of this order, Petitioner has not corrected the filing deficiency. The Court therefore DISMISSES this case **without prejudice** for failure to prosecute. Should Petitioner seek to reinitiate his petition, he must either pay the $5.00 filing fee or submit an IFP application.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 16th day of March, 2026.

David G. Estudillo
United States District Judge

ORDER DISMISSING PETITION FOR FAILURE TO PROSECUTE - 2